JS-6

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEMPASA; an individual,<br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>INTERPORE CROSS INTERNATIONAL; a California Corporation; and DOES 1 thru 100, inclusive,<br><br>　　　　　Defendants. | Case No.: SACV 11-01006-CJC(ANx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>**JUDGE: Hon. CORMAC J. CARNEY**<br><br>Date action filed: May 20, 2011<br><br>Trial Date:　　None set |

1  The Court, having considered the Notice of Dismissal filed by Stipulation of
2  the Parties Richard Sempasa ("Plaintiff') and Interpore Cross International
3  ("Defendant"), by and through their respective counsel of record issue the
4  following order:
5  Good cause appearing therefore, IT IS HEREBY ORDERED that this action
6  is dismissed in its entirety with prejudice.
7  IT IS SO ORDERED.
8
9  DATED: November 15, 2011  _____
10  HON. CORMAC J. CARNEY
   Judge of the United States District Court

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543