JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEMPASA; an individual, <br> Plaintiff, <br> vs. <br> INTERPORE CROSS INTERNATIONAL; a California Corporation; and DOES 1 thru 100, inclusive, <br> Defendants. | Case No.: SACV 11-01006-CJC(ANx) <br><br> [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE <br><br> **JUDGE: Hon. CORMAC J. CARNEY** <br><br> Date action filed: May 20, 2011 <br><br> Trial Date: None set |

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1  The Court, having considered the Notice of Dismissal filed by Stipulation of
2  the Parties Richard Sempasa ("Plaintiff') and Interpore Cross International
3  ("Defendant"), by and through their respective counsel of record issue the
4  following order:
5  Good cause appearing therefore, IT IS HEREBY ORDERED that this action
6  is dismissed in its entirety with prejudice.
7  IT IS SO ORDERED.

8
9  DATED: November 15, 2011    _____
                                HON. CORMAC J. CARNEY
10                              Judge of the United States District Court